IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Miller Hess, Margo L | Case Number: 07 B 03907 |
| | Judge: Squires, John H |
| Printed: 2/12/08 | Filed: 3/6/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 2, 2008
Confirmed: May 23, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,335.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,262.91 |
| Trustee Fee: | | 72.09 |
| Other Funds: | | 0.00 |
| Totals: | 1,335.00 | 1,335.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Thomas R Hitchcock | Administrative | 1,964.50 | 1,262.91 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 15,270.29 | 0.00 |
| 4. | RoundUp Funding LLC | Unsecured | 1,870.13 | 0.00 |
| 5. | Capital One | Unsecured | 889.48 | 0.00 |
| 6. | Educational Credit Management Corp | Unsecured | 4,011.78 | 0.00 |
| 7. | Educational Credit Management Corp | Unsecured | 2,754.73 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 1,076.99 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 353.44 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 1,860.00 | 0.00 |
| 11. | Thomas R Hitchcock | Priority | | No Claim Filed |
| 12. | American General Finance | Unsecured | | No Claim Filed |
| | | | $ 30,051.34 | $ 1,262.91 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 72.09 |
| | $ 72.09 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Miller Hess, Margo L

Printed:  2/12/08

Case Number:  07 B 03907
Judge:  Squires, John H
Filed:  3/6/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

